OPINION — AG — ** FUNDS — LEASE LAKE ** QUESTION: OUR GAME AND FISH COMMISSION (WILDLIFE CONSERVATION COMMISSION) WOULD LIKE TO HAVE AN OPINION AS TO WHETHER OR NOT IT WOULD BE LEGAL FOR THE GAME AND FISH DEPARTMENT TO USE THEIR FUNDS IN LEASING LAKES BUILT FOR INDIVIDUALS BY THE SOIL CONSERVATION SERVICE, IN ORDER TO USE THESE LAKES FOR PUBLIC FISHING AND RECREATION. (PUBLIC LANDS, WATERS, JURISDICTION, AUTHORITY) CITE: 29 O.S. 106 [29-106] (RICHARD M. HUFF)